UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:18-mj-01808-JSS

DWAYNE NASH, JR.
_____/

## ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court on the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142(f). In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been held. This Court concludes that the following facts require the detention of Defendant, Dwayne Nash, Jr., pending further order of the Court.

Defendant is charged in a Criminal Complaint with conspiracy to possess with intent to distribute cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C). The Government seeks detention on grounds that Defendant is a risk of flight and danger to the community. Upon consideration, for the reasons stated on the record at the hearing, and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the Court finds that Defendant should be detained pending the final outcome of this case. Specifically, the evidence against Defendant in this case is strong given the Government's proffer noting that the charge involves the sale of cocaine to an undercover detective. Additionally, Defendant is unemployed, and his Pretrial Services Report indicates that Defendant tested positive for marijuana and cocaine today. Defendant's criminal record also includes multiple convictions for possession and sale of cocaine and marijuana. Additionally, the Court finds that Defendant's

release would present a risk of flight given his history of prior failures to appear in court and violations of probation. Accordingly, it is hereby **ORDERED** that Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on August 31, 2018.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service